USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                      :

ASTRA AKTIEBOLAG, AKTIEBOLAGET    :
HÄSSLE, KBI-E, INC., KBI, INC.,    :         99 Civ. 8926
ASTRAZENECA LP,                      :         99 Civ. 9887
                                        :
                Plaintiffs,   :         **Order**
                                        :
            v.                    :         M-21-81 (BSJ)
                                    :         MDL Docket No. 1291
ANDRX PHARMACEUTICALS, INC.,      :
                                    :
                Defendant.   :
----------------------------------X

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

On February 16, 2010, Defendant Andrx Pharmaceuticals, Inc.
("Andrx") filed a motion to reargue or for reconsideration of
the Court's February 2, 2010 decision, which granted Plaintiffs
Astra Aktiebolag, Aktiebolaget Hässle, KBI-E, Inc., KBI, Inc.,
and Astrazeneca LP KBI-E, INC., KBI, INC. and Astrazeneca LP's
motion to supplement and denied Andrx's counterclaim motion and
Andrx's willfulness motion.

Reargument or reconsideration is warranted where a court
has overlooked matters or controlling decisions which, had they
been considered, might reasonably have altered the result, or
where relief is warranted to correct a clear error or to prevent
manifest injustice. See Local Rule 6.3; see also Shrader v. CSX
Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). "The standard
for granting such a motion is strict, and reconsideration will

generally be denied unless the moving party can point to
controlling decisions or data that the court overlooked--
matters, in other words, that might reasonably be expected to
alter the conclusion reached by the court." Id. After
reviewing the parties' submissions, the Court finds that it has
not overlooked any controlling decision or other matters that
might alter its decision.

Therefore, Andrx's motion to reargue or for reconsideration
of the Court's February 2, 2010 decision is DENIED.


**SO ORDERED:**


Barbara S. Jones
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          April 5, 2010

2